# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

972 BROAD STREET
NEWARK, NEW JERSEY 07102
(973) 645-6347 Telephone
(973) 645-3101 Facsimile
(973) 297-4807 Facsimile

**CHESTER M. KELLER**
FIRST ASSISTANT

June 23, 2009

Honorable Katharine S. Hayden
District Court Judge
District of New Jersey
Federal Post Office and Courthouse
Newark, NJ 07101

Re: U.S. v. Mataio Temoai
Dkt. No. 09-00005

Dear Judge Hayden:

    I am writing to request an adjournment of sentence. Currently, the hearing is schedule for July 9, 2009 at 10:00 a.m..

    To give the Court some background, a Presentence Report was finalized on March 13, 2009. With respect to the Sentencing Guidelines, Mr. Temoai objected to Probation's two-point reduction for the defendant's minor role in the offense, and asked Probation to reduce the offense level by four-points. PSR addendum at p.17. The Government's only response was to support Probation's determination of a two-point reduction. Id. The Government did not object Probation's guideline analysis, including a safety valve adjustment under U.S.S.G. §§ 2D1.1(b)(11); 5C1.2. See PSR ¶ 31.

    Today, I learned that Government intends on, at this late date, opposing safety valve, subjecting Mr. Temoai to a ten-year mandatory minimum. To date, I have been given no specifics regarding why the Government, by Lakshmi Herman, has made this decision. I was told that a sentencing memorandum which explains Ms. Herman's reasoning is forthcoming.

    I will be out of the office on vacation next week, and will not have enough time to respond to the Government's sentencing memorandum in a timely fashion prior to the court date of July 9, 2009. Therefore, Mr. Temoai requests an adjournment of sentencing. Ms. Herman consents to an adjournment of the sentencing.

Respectfully Submitted,

S/: Peter M. Carter
Peter M. Carter

*Request GRANTED. Sentencing is scheduled for 7/27/09 at 10:00 a.m. - SO ORDERED*

6/24/09
Katharine S. Hayden, USDJ

800-840 Cooper Street, Ste. 350, Camden, New Jersey 08102 (856) 757-5341
22 South Clinton Avenue, Station Plaza #4, 4th Floor, Trenton, New Jersey 08609 (609) 989-2160